### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 12-cv-00087-CMA-KMT

WHAT TECH COMPANIES NEED, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ICEWEB, INC., a Colorado corporation,
JOHN SIGNORELLO, an individual, and
MARK LUCKY, an individual,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Dismissal of All Claims Against Defendants (Doc. # 6), it is

ORDERED that this cause of action and all claims against all Defendants are DISMISSED WITH PREJUDIC.

DATED:  February   29  , 2012

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Court Judge