**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00087-CMA-KMT

WHAT TECH COMPANIES NEED, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ICEWEB, INC., a Colorado corporation,
JOHN SIGNORELLO, an individual, and
MARK LUCKY, an individual,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Dismissal of All Claims Against Defendants (Doc. # 6), it is

    ORDERED that this cause of action and all claims against all Defendants are DISMISSED WITH PREJUDIC.

    DATED:  February   29  , 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge